# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WYNTON K. WALLERS,

       Plaintiff,

      v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 13-1537 JCG

**JUDGMENT**

      IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: February 12, 2014

_____
Hon. Jay C. Gandhi
United States Magistrate Judge