ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134
    Email:  theophous.reagans@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WYNTON K. WALLERS, | ) No.: 2:13-cv-01537 JCG |
|     Plaintiff, | ) |
| v. | ) **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,114.00, as authorized by 28 U.S.C. § 2412, and $350.00 in costs, be awarded subject to the terms of the Stipulation.

DATED:  June 02, 2014        <u>Jay C. Gandhi</u>
                                        HON. JAY C. GANDHI
                                        UNITED STATES MAGISTRATE JUDGE